**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DIK DRUG COMPANY and KING DRUG COMPANY OF FLORENCE, INC., on behalf of themselves and all others similarly situated, | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | CIVIL ACTION NO. 07-5849 (JLL) |
| ALTANA PHARMA AG, ALTANA INC., ALTANA PHARMA US, INC., WYETH, and WYETH PHARMACEUTICALS INC., | : : : : | **ORDER** |
| Defendants. | : : | |

| | | |
|---|---|---|
| JAMES T. FAWCETT, on behalf of himself and all others similarly situated, | : : : | |
| Plaintiffs, | : : | |
| v. | : : | CIVIL ACTION NO. 07-6133 (JLL) |
| ALTANA PHARMA AG, ALTANA PHARMA US, INC., NYCOMED US INC., NYCOMED S.C.A. SICAR, WYETH, and WYETH PHARMACEUTICALS INC., | : : : : : | **ORDER** |
| Defendants. | : : | |

|  |  |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 30 HEALTH & WELFARE FUND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ALTANA PHARMA AG,<br>ALTANA PHARMA US, INC.,<br>NYCOMED US INC., NYCOMED S.C.A. SICAR,<br>WYETH, and<br>WYETH PHARMACEUTICALS INC.,<br><br>Defendants. | CIVIL ACTION NO. 07-6150 (JLL)<br><br>**ORDER** |

**LINARES**, District Judge.

Presently before the Court is a joint request by Plaintiffs DIK Drug Co., et al. and Defendants Altana Pharma AG, et al. to (1) extend defendants' time to answer, plead or otherwise respond to Plaintiffs' complaint and (2) grant leave to file a motion to stay this action pending resolution of <u>Altana Pharma AG v. Teva Pharmaceuticals USA, Inc., et al.</u>, Nos. 04-2355, 05-1966, 05-3920, 06-3672 (the "Altana Patent Litigation"). This request is made in connection with <u>DIK Drug Co., et al. v. Altana Pharma AG, et al.</u>, No. 07-5849. For the reasons stated in the Court's letter opinion dated January 31, 2008,

**IT IS** on this **31st day of January, 2008**;

**ORDERED** that the above-captioned actions [Civil Action Nos. 07-5849, 07-6133, 07-6150] are CONSOLIDATED for purposes of judicial economy; and it is further

**ORDERED** that the parties shall henceforth make all submissions in these matters in Civil Action No. 07-5849; and it is further

**ORDERED** that the above-captioned actions are STAYED pending the resolution of the

Altana Patent Litigation; and it is further

**ORDERED** that the parties' joint request is DISMISSED AS MOOT.

**SO ORDERED**.

/s/ Jose L. Linares
United States District Judge
