UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES T. FAWCETT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTANA PHARMA AG, ALTANA PHARMA US, INC., NYCOMED US INC., NYCOMED S.C.A. SICAR, WYETH, and WYETH PHARMACEUTICALS INC.,<br><br>Defendants. | No. 2:07-cv-06133-JLL-CCC |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff James T. Fawcett and defendants Altana Pharma AG (n/k/a Takeda GmbH), Altana Pharma US, Inc. and Nycomed US Inc. (collectively n/k/a Fougera Pharmaceuticals Inc.), Nycomed S.C.A. SICAR and Wyeth, its successor Wyeth LLC, and Wyeth Pharmaceuticals Inc., by their counsel, stipulate to the dismissal of this Action without prejudice and with each party bearing its own costs and fees.

SPECTOR ROSEMAN & KODROFF, P.C         CONNELL FOLEY LLP

By: _____                       By: _____
Jeffrey L. Kodroff                                                 Jennifer C. Critchley
1818 Market Street, Suite 2500                          85 Livingston Avenue
Philadelphia, PA 19103                                       Roseland, NJ 07068
(215) 496-0300                                                    (973) 535-0500

*Attorney for James T. Fawcett*                        *Attorneys for Wyeth, and its successor Wyeth LLC, and Wyeth Pharmaceuticals Inc.*

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| By: _____<br>Thomas M. Sobol<br>David S. Nalven<br>55 Cambridge Parkway<br>Cambridge, MA 02142<br>(617) 482-3700<br><br>*Attorney for James T. Fawcett* | By: _____<br>Michelle D. Miller<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br><br>*Attorney for Wyeth, and its successor Wyeth LLC, and Wyeth Pharmaceuticals Inc.*<br><br>DECHERT LLP<br><br>By: _____<br>George G. Gordon<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA<br>(215) 994-2382<br><br>*Attorney for Altana Pharma AG (n/k/a Takeda GmbH), Altana Pharma US, Inc. and Nycomed US Inc. (collectively n/k/a Fougera Pharmaceuticals Inc.) and Nycomed S.C.A. Sicar* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES T. FAWCETT, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>ALTANA PHARMA AG, ALTANA PHARMA US, INC., NYCOMED US INC., NYCOMED S.C.A. SICAR, WYETH, and WYETH PHARMACEUTICALS INC.,<br><br>                Defendants. | No. 2:07-cv-06133-JLL-CCC |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff James T. Fawcett and defendants Altana Pharma AG (n/k/a Takeda GmbH), Altana Pharma US, Inc. and Nycomed US Inc. (collectively n/k/a Fougera Pharmaceuticals Inc.), Nycomed S.C.A. SICAR and Wyeth, its successor Wyeth LLC, and Wyeth Pharmaceuticals Inc., by their counsel, stipulate to the dismissal of this Action without prejudice and with each party bearing its own costs and fees.

| | |
|---|---|
| SPECTOR ROSEMAN & KODROFF, P.C | CONNELL FOLEY LLP |
| By: *[signature]*<br>Jeffrey L. Kodroff<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>(215) 496-0300<br><br>*Attorney for James T. Fawcett* | By: _____<br>Jennifer C. Critchley<br>85 Livingston Avenue<br>Roseland, NJ 07068<br>(973) 535-0500<br><br>*Attorneys for Wyeth, and its successor Wyeth LLC, and Wyeth Pharmaceuticals Inc.* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES T. FAWCETT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALTANA PHARMA AG, ALTANA PHARMA US, INC., NYCOMED US INC., NYCOMED S.C.A. SICAR, WYETH, and WYETH PHARMACEUTICALS INC.,<br><br>Defendants. | No. 2:07-cv-06133-JLL-CCC |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff James T. Fawcett and defendants Altana Pharma AG (n/k/a Takeda GmbH), Altana Pharma US, Inc. and Nycomed US Inc. (collectively n/k/a Fougera Pharmaceuticals Inc.), Nycomed S.C.A. SICAR and Wyeth, its successor Wyeth LLC, and Wyeth Pharmaceuticals Inc., by their counsel, stipulate to the dismissal of this Action without prejudice and with each party bearing its own costs and fees.

SPECTOR ROSEMAN & KODROFF, P.C          CONNELL FOLEY LLP

By: _____          By: _____
Jeffrey L. Kodroff                                          Jennifer C. Critchley
1818 Market Street, Suite 2500                    85 Livingston Avenue
Philadelphia, PA 19103                                 Roseland, NJ 07068-
(215) 496-0300                                              (973) 535-0500

*Attorney for James T. Fawcett*                  *Attorneys for Wyeth, and its successor Wyeth LLC, and Wyeth Pharmaceuticals Inc.*

-1-

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |

By: ___*/s/ TMS/DSN*___
Thomas M. Sobol
David S. Nalven
55 Cambridge Parkway
Cambridge, MA 02142
(617) 482-3700

*Attorney for James T. Fawcett*

By: _____
Michelle D. Miller
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorney for Wyeth, and its successor Wyeth LLC, and Wyeth Pharmaceuticals Inc.*

DECHERT LLP

By: _____
George G. Gordon
Cira Centre
2929 Arch Street
Philadelphia, PA
(215) 994-2382

*Attorney for Altana Pharma AG (n/k/a Takeda GmbH), Altana Pharma US, Inc. and Nycomed US Inc. (collectively n/k/a Fougera Pharmaceuticals Inc.) and Nycomed S.C.A. Sicar*

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| By: _____<br>Thomas M. Sobol<br>David S. Nalven<br>55 Cambridge Parkway<br>Cambridge, MA 02142<br>(617) 482-3700<br><br>*Attorney for James T. Fawcett* | By: *Michelle D. Miller* (signed)<br>Michelle D. Miller<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br><br>*Attorney for Wyeth, and its successor Wyeth LLC, and Wyeth Pharmaceuticals Inc.* |

DECHERT LLP

By: _____
George G. Gordon
Cira Centre
2929 Arch Street
Philadelphia, PA
(215) 994-2382

*Attorney for Altana Pharma AG (n/k/a Takeda GmbH), Altana Pharma US, Inc. and Nycomed US Inc. (collectively n/k/a Fougera Pharmaceuticals Inc.) and Nycomed S.C.A. Sicar*

HAGENS BERMAN SOBOL SHAPIRO LLP

By: _____
Thomas M. Sobol
David S. Nalven
55 Cambridge Parkway
Cambridge, MA 02142
(617) 482-3700

*Attorney for James T. Fawcett*

WILMER CUTLER PICKERING HALE AND DORR LLP

By: _____
Michelle D. Miller
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorney for Wyeth, and its successor Wyeth LLC, and Wyeth Pharmaceuticals Inc.*

DECHERT LLP

By: *George G. Gordon* /DJS/
George G. Gordon
Cira Centre
2929 Arch Street
Philadelphia, PA
(215) 994-2382

*Attorney for Altana Pharma AG (n/k/a Takeda GmbH), Altana Pharma US, Inc. and Nycomed US Inc. (collectively n/k/a Fougera Pharmaceuticals Inc.) and Nycomed S.C.A. Sicar*